UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARLOS SANTOS,

    Petitioner,

v.                                                                Case No. 8:05-cv-1176-T-23EAJ

W. WHITEHURST,

    Respondent.

_____/

## **O R D E R**

Carlos Santos petitions for the writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1) and challenges the validity of his state conviction for first degree murder, for which he was sentenced to life imprisonment. The petition must be dismissed.

A preliminary review of the petition for the writ of habeas corpus is required by Rule 4 of the Rules Governing § 2254 Cases: "If it plainly appears from the face of the petition and any exhibits annexed to it that the petitioner is not entitled to relief in the district court, the judge shall make an order for summary dismissal . . . ."

Santos previously challenged the validity of this same conviction in this court. That petition was dismissed as time-barred. *Carlos Santos v. Michael Moore,* 8:02-cv-606-T-23TBM. Santos is precluded from pursuing a second or successive petition without permission from the Eleventh Circuit Court of Appeals. "Before a second or

successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A).  *See*, *Felker v. Turpin*, 518 U.S. 651, 664 (1996) and *Dunn v. Singletary*, 168 F.3d 440, 442 (11th Cir. 1999).

Accordingly, this action is **DISMISSED** because of Santo's failure to comply with 28 U.S.C. §2244(b)(3)(A).  The clerk shall attach to this order a copy of the order denying the merits of the petition in *Carlos Santos v. Michael Moore,* 8:02-cv-606-T-23TBM (Doc. 8).  The clerk shall **ENTER A JUDGMENT** against Santos and **CLOSE** this action.

ORDERED in Tampa, Florida, on June 28, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

SA/ro

-2-